

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00310-CV

**YATES ENERGY CORPORATION**, EOG Resources, Inc., Jalapeno Corporation, ACG3 Mineral Interests, Ltd., Glassell Non-Operated Interests, Ltd., and Curry Glassell, Appellants

v.

**BROADWAY NATIONAL BANK**, Trustee of the Mary Frances Evers Trust, Appellee

From the Probate Court No. 2, Bexar County, Texas
Trial Court No. 2015PC2618
Honorable Tom Rickhoff, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE ALVAREZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the portion of the probate court's judgment in favor of appellee, Broadway National Bank, Trustee of the Mary Frances Evers Trust, declaring the 2013 Amended Correction Deed to be a valid deed that replaces the 2005 Mineral Deed, is REVERSED and judgment is RENDERED in favor of appellants, Yates Energy Corporation, EOG Resources, Inc., Jalapeno Corporation, ACG3 Mineral Interests, Ltd., Glassell Non-Operated Interests, Ltd., and Curry Glassell, that the 2013 Amended Correction Deed is invalid and does not effectively replace the 2005 Mineral Deed. In addition, the portion of the probate court's judgment denying appellants' breach of express warranty claim is REVERSED, and that claim and the issue of attorney's fees are REMANDED to the probate court for further proceedings in light of this court's opinion.

We order that appellants, Yates Energy Corporation, EOG Resources, Inc., Jalapeno Corporation, ACG3 Mineral Interests, Ltd., Glassell Non-Operated Interests, Ltd., and Curry Glassell, recover their costs of appeal, if any, from appellee, Broadway National Bank, Trustee of the Mary Frances Evers Trust.

SIGNED December 19, 2018.

_Marialyn Barnard_
Marialyn Barnard, Justice